**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
ALAN FERNANDO GOMEZ-PANIAGUA

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ALAN FERNANDO GOMEZ PANIAGUA,<br><br>　　　　　Defendant | Case No.: 17-CR-00118 DAD-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE BARABARA A. McAULIFFE AND KAREN ESCOBAR, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, ALAN FERNANDO GOMEZ PANIAGUA, by and through his attorney of record, DAVID A. TORRES hereby requesting that the status conference hearing currently set for Monday, Monday July 10, 2017 be continued to Monday, August 28, 2017.

I recently received supplemental discovery in this matter and have not had the opportunity to review said discovery. I am requesting that this matter be continued so that I can review it with my clients and speak to AUSA about possible negotiations. I have spoken to AUSA Karen Escobar and she has no objection to continuing the status conference.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

1

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: 7/5/17                              */s/ David A Torres*
                                           DAVID A. TORRES
                                           Attorney for Defendant
                                           ALAN GOMEZ PANIAGUA


DATED: 7/5/17                              */s/Karen Escobar*
                                           KAREN ESCOBAR
                                           Assistant U.S. Attorney


## ORDER

**IT IS SO ORDERED** that the 1st Status Conference is continued from July 10, 2017 to September 11, 2017 at 1:00 pm before Judge McAuliffe. Time is excluded pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

Dated:  **July 6, 2017**                    /s/ Barbara A. McAuliffe
                                           UNITED STATES MAGISTRATE JUDGE

2