**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
ALAN FERNANDO GOMEZ-PANIAGUA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ALAN FERNANDO GOMEZ-PANIAGUA,<br><br>　　　　Defendant | Case No.: 1:17-CR-00118 DAD-BAM<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE THE STATUS CONFERENCE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE BARBARA MCAULIFFE AND KAREN ESCOBAR, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, ALAN FERNANDO GOMEZ-PANIAGUA, by and through his attorney of record, DAVID A. TORRES, hereby requesting that the status conference hearing currently set for Monday, February 12, 2018 be continued to Monday, March 12, 2018.

AUSA Escobar and I are engaged in ongoing plea negotiations in this matter. Based upon the quantity of narcotics seized at the site, there are numerous issues Mr. Paniagua and I must discuss prior to considering the plea offer extended. In the event Mr. Paniagua rejects the plea offer, Mr. Paniagua and I will be prepared to select a trial date on March 12, 2018. I have spoken to AUSA Karen Escobar, and she has no objection to continuing the sentencing hearing.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: 2/7/18   */s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
Alan Fernando Gomez-Paniagua

DATED: 2/7/18   */s/Karen Escobar*
KAREN ESCOBAR
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED** that the 3rd Status Conference hearing is continued from February 12, 2018 to March 12, 2018 at 1:00PM before Judge McAuliffe. Time excluded pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

IT IS SO ORDERED.

Dated: **February 8, 2018**   /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE