UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALAN FERNANDO GOMEZ-PANIAGUA,<br><br>Defendant. | No. 1:17cr118 DAD-BAM<br><br>STIPULATION AND ORDER |

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1. The parties have agreed to a plea disposition in this matter and have filed a plea agreement. (Doc. 21).

2. The parties agree to vacate the trial confirmation date of October 22 and the trial date of November 6, 2018, and to set the matter for a change of plea on October 29, 2018, at 10 a.m. Counsel for the defendant is out of the country and has requested the date of October 29 for a change of plea.

////

////

////

1

IT IS SO STIPULATED.

DATED: October 15, 2018.      Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED: October 15, 2018.

/s/ David Torres
DAVID TORRES
Counsel for Alan Fernando Gomez-Paniagua

# O R D E R

Pursuant to the parties' stipulation, the above-entitled case will be set for a change of plea hearing before the Honorable Dale A. Drozd on October 29, 2018 at 10:00 a.m. The trial confirmation hearing currently set for October 22, 2018 is vacated.

IT IS SO ORDERED.

Dated: **October 16, 2018**

UNITED STATES DISTRICT JUDGE